UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

**UNITED STATES OF AMERICA**

v.                               CRIMINAL ACTION NO. 2:19-00075

**THOMAS WILSON PARKS, JR.**

### SUPERVISED RELEASE REVOCATION AND JUDGMENT ORDER
### MEMORANDUM OPINION AND ORDER

On March 16, 2023, the United States of America appeared by Jennifer Rada Herrald, Assistant United States Attorney, and the defendant, Thomas Wilson Parks, Jr., appeared in person and by his counsel, Willard Clinton Carte, Assistant Federal Public Defender, for hearing on a petition seeking revocation of supervised release, submitted by Senior United States Probation Officer Douglas W. Smith.  The defendant commenced a ten (10) year term of supervised release in this action on April 16, 2021, as more fully set forth in the Judgment in a Criminal Case Order entered by the court on January 21, 2020.

The court heard the admissions of the defendant, and the representations and arguments of counsel; and for reasons noted on the record of this proceeding, which are ORDERED incorporated herein by reference, the court found by a preponderance of the evidence that the defendant has violated the conditions of supervised release imposed upon him in the following respects:  (1) on December 19, 2022, the defendant made threatening remarks towards his Probation Officer by saying "He is a lying two faced piece of s... who swear to god if I ever meet him after supervision, I am going to beat the hell out of him," which he admitted when confronted by FBI investigators on January 6, 2023, by virtue of which the defendant committed a federal crime in violation of 18 U.S.C. § 115(a)(1)(B) by threatening to assault a person designated as an officer of the United States; and (2) on January 6, 2023, the defendant was questioned by members of the FBI about remarks the defendant made regarding the FBI agent who investigated the underlying case, which remarks were that the defendant would "probably lose it" and would "throw fists" if he saw the FBI case agent, which in making the threating remarks the defendant committed a federal crime in violation of 18 U.S.C. § 115(a)(1)(B) by threatening to assault a person designated as an officer of the

2

United States; all as set forth in the petition, and by the court's findings on the record of the hearing.

And the court finding, as more fully set forth on the record of the hearing, that the violations warrant revocation of supervised release and, further, that it would unduly depreciate the seriousness of the violations if supervised release were not revoked, it is ORDERED that the supervised release previously imposed upon the defendant in this action be, and it hereby is, revoked.

And the court having complied with the requirements of Rule 32.1(b)(2) and (c)(1) of the Federal Rules of Criminal Procedure, and finding, after considering the factors set forth in 18 U.S.C. § 3583(e), that the defendant should be confined to the extent set forth below, it is accordingly ORDERED that the defendant be, and he hereby is, committed to the custody of the United States Bureau of Prisons for imprisonment for a period of SIX (6) MONTHS, to be followed by EIGHT (8) YEARS of supervised release, upon the same terms and conditions as heretofore with the following added conditions:

1. The defendant shall reside at, and follow the rules and regulations of, Dismas Charities for a period of six (6) months upon his release from imprisonment; and

2. The defendant shall complete an anger management course as directed by the Probation Officer.

The defendant was remanded to the custody of the United States Marshal.

The Clerk is directed to forward copies of this written opinion and order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshal.

DATED:  March 24, 2023

John T. Copenhaver, Jr.
Senior United States District Judge